UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 25-44006 |
| JEFFREY MYRL ROWDEN ) | Chapter 13 |
| TAMMY LYNN ROWDEN ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtors** ) | December 4, 2025  11:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The plan is ambiguous or incapable of ascertainment (11 U.S.C. §§ 1321 & 1325(a)(3)) because:
Paragraph 3.3D fails to identify the creditor who is to receive direct payments from the Debtor or to identify the amount of the monthly payment.
2. The plan does not represent Debtors' best efforts to repay creditors, 11 U.S.C. § 1325(b), in that:
The plan incorrectly states that the B122C-2 form does not require a guarantee to unsecured creditors and fails to make the guarantee required by the form.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: November 13, 2025

OBJCONFAF--DSD

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on November 13, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on November 13, 2025.

JEFFREY MYRL ROWDEN
TAMMY LYNN ROWDEN
532 CREEKHOLLOW LN
WASHINGTON, MO  63090

/s/ Diana S. Daugherty
Diana S. Daugherty